**Harold P. WALKOUIAK, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 37337.**

Court of Criminal Appeals of Texas.

Jan. 13, 1965.

Otis Scruggs, Jr., Houston, for appellant.

Frank Briscoe, Dist. Atty., Carl E. F. Dally, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

Subsequent to the affirmance of the conviction for driving while intoxicated, with punishment assessed at 5 days in jail and a fine of $50, and while the appeal was pending on appellant's motion for rehearing, the

appellant filed his affidavit requesting the dismissal of the appeal.

The request is granted. The prior opinion is withdrawn; the affirmance is set aside, and the appeal is now dismissed.